LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Jennifer A. Kusterbeck*

FILED
DISTRICT COURT OF GUAM

JAN 10 2007

MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> vs. <br><br> JENNIFER A. KUSTERBECK, <br><br> Defendant. | CRIMINAL CASE NO CR03-00046 <br><br> **STIPULATION FOR THE RELEASE OF DEFENDANT'S PASSPORT TO DEFENSE COUNSEL** |

The undersigned stipulate to the release of the defendant's passport to defendant's counsel, **LUJAN AGUIGUI & PEREZ LLP**. This stipulation is entered into on the following grounds:

1. Judgment has issued and the Defendant is currently serving her sentence.

2. The Defendant's passport is currently in the possession of the Clerk's Office of the District Court of Guam awaiting transmission to the United States Probation Office.

3. Defense counsel is willing to receive and transmit Defendant's passport to the Defendant or her authorized designee.

SO STIPULATED this 10th day of January, 2007.

| | |
|---|---|
| **LUJAN AGUIGUI & PEREZ LLP** <br><br> _/s/ Peter C. Perez_ <br> **PETER C. PEREZ, ESQ.** <br> Attorney for Defendant | **LEONARDO M. RAPADAS** <br> United States Attorney <br> District of Guam and NMI <br><br> _/s/_ <br> **MARIVIC P. DAVID, ESQ.** <br> Assistant U.S. Attorney |