**LUJAN AGUIGUI & PEREZ LLP**
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Jennifer A. Kusterbeck*

# IN THE UNITED STATES DISTRICT COURT

## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 03-00046 |
| vs. | **ORDER RELEASING DEFENDANT'S PASSPORT TO DEFENSE COUNSEL** |
| JENNIFER A. KUSTERBECK, | |
| Defendant. | |

Having received and reviewed the Stipulation for the Release of Defendant's passport to Defense Counsel, the Court hereby GRANTS said stipulation and ORDERS the Clerk of Court to release the Defendant's passport to her defense counsel.

SO ORDERED: January 10, 2007.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**